Decided May 13, 2009

ELIZABETH EINIGER AUERBACH *v.* ROBERT AUERBACH

The plaintiff's petition for certification for appeal from the Appellate Court, 113 Conn. App. 318 (AC 28497), is denied.

McLACHLAN, J., did not participate in the consideration of or decision on this petition.

*Karen L. Dowd* and *Brendon P. Levesque*, in support of the petition.

*Steven D. Ecker* and *Alinor C. Sterling*, in opposition.

Decided May 13, 2009